# UNITED STATES DISTRICT COURT
for the

Eastern District of Pennsylvania

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Brian Zenszer | ) | Case No. 24-mj-1810 |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __July 27, 2024__ in the county of __Bucks__ in the __Eastern__ District of __Pennsylvania__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 2252(a)(2) | Distribution of child pornography |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

/s Leslie C. Trawick, Special Agent, FBI
*Complainant's signature*

Leslie C. Trawick, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: November 5, 2024

*Jose R. Arteaga, USMJ*
*Judge's signature*

City and state: Philadelphia, Pennsylvania

Jose R. Arteaga, USMJ
*Printed name and title*

<u>24-mj-1810</u>

## AFFIDAVIT IN SUPPORT OF ARREST WARRANT

I, Leslie C. Trawick, a Special Agent (SA) with the Federal Bureau of Investigation (FBI), Philadelphia Division, being duly sworn, depose and state as follows:

1.	I have been a Special Agent with the FBI since September 2021. I am currently assigned to the Philadelphia Division's Crimes Against Children Squad. During my employment with the FBI, I have investigated crimes involving the sexual exploitation of minors, including criminal offenses pertaining to the production, distribution, receipt, and possession of child pornography. I have observed and reviewed numerous examples of child pornography (as defined in 18 U.S.C. § 2256) and have assisted in multiple child exploitation investigations.

2.	As a federal agent, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States.

3.	The statements in this Affidavit are based in part on my investigation of this matter and on information provided by other law enforcement officers.  Because this affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not included each and every fact known to me concerning this investigation.  I have set forth only those facts that I believe are necessary to establish probable cause to believe that BRIAN ZENSZER, date of birth April 26, 1981, committed violations of Title 18 U.S.C. § 2252 which, in part, makes it a crime to distribute visual depictions of minors engaging in sexually explicit conduct, and any attempts to do so.

## LEGAL AUTHORITY

4.	Title 18 U.S.C. § 2252(a) prohibits a person from knowingly transporting, shipping, receiving, distributing, reproducing for distribution, possessing, or accessing with

1

intent to view any visual depiction of minors engaging in sexually explicit conduct, produced using a minor engaged in such conduct, when such visual depiction was either mailed or shipped or transported in interstate or foreign commerce, or in or affecting interstate commerce, by any means, including by computer, or when such visual depiction was produced using materials that had traveled in interstate or foreign commerce, and any attempts to do so.

## FACTS SUPPORTING PROBABLE CAUSE

5. On August 5, 2024, MediaLab submitted CyberTip 197315646 to NCMEC to advise they had identified the Kik username, "MUCHBETTERTHANEMAIL," who uploaded suspected files of child pornography into his Kik account. As part of the CyberTip, Kik provided 22 unique video files that were uploaded into this account, along with limited subscriber and login history for the account. The user last logged into his account on August 4, 2024, from IP Address 73.13.17.135 at 23:59 UTC. This IP address is assigned to an Internet subscriber of Comcast located in Warminster, Pennsylvania.

6. The CyberTip indicated that the personnel at Kik viewed the files of suspected child pornography before providing them to NCMEC. Your Affiant reviewed these files and in your Affiant's opinion, 19 of the videos depict child pornography as defined in 18 U.S.C. § 2256. The videos primarily depict prepubescent minor girls engaging in sexual activity, such as oral sex and masturbation. The following is a description of files your Affiant selected to establish probable cause:

- **3bf5cd6a-0b5a-4615-9f99-c0c29323d171** – An eleven second video depicting a nude, prepubescent minor girl laying on a pink blanket, while an adult male masturbates his penis and ejaculates on her face.

2

- **1a77a3bc-9629-4eee-9856-97517113b1a0** –A twelve second video depicting a nude, prepubescent minor girl on her hands and knees, in front of a Hello Kitty cartoon. There is one adult male vaginally penetrating her with his penis while the minor girl engages in oral sex on a second adult male.

- **cb4e2f50-ef9a-496a-92b4-0ccbfe22fcc3** – A one minute, two second video depicting a prepubescent minor girl with her hands on an adult male's penis. The male touches the girl's vagina and then picks her up, exposing her vagina and anus.

7.     On October 2, 2024, MediaLab submitted CyberTip 199770302 to NCMEC to advise they had identified the Kik username, "JAMESDEAN14035," who uploaded suspected files of child pornography into his Kik account. As part of the CyberTip, Kik provided 17 unique video files that were uploaded into this account and shared with one or more Kik users, along with limited subscriber and login history for the account. The user last logged into his account on October 1, 2024, from IP Address 73.13.17.135 at 23:59 UTC. This IP address is assigned to an Internet subscriber of Comcast located in Warminster, Pennsylvania. Detective Eric Landamia of the Bucks County District Attorney Office reviewed the contents of CyberTip 199770302 and determined it contained 15 unique videos depicting child pornography as defined in 18 U.S.C. § 2256.

**Kik Search Warrants**

8.     On September 5, 2024, federal search warrant number 24-1443-M was signed by United States Magistrate Judge Pamela Carlos, Eastern District of Pennsylvania, for the full content of Kik account MUCHBETTERTHANEMAIL, subject of CyberTip 197315646. The

3

warrant was served on the same day, September 5, 2024. Kik responded to the request on October 24, 2024, and your Affiant reviewed the results. In your Affiant's Opinion, the account contained 24 unique files of child pornography as defined in Title 18 U.S.C. § 2256, described below:

- 19 videos and 2 images depict minor girls engaging in sexual activity, to include oral sex, vaginal sex, and masturbation. At least 13 of these videos were provided in CyberTip 197315646. Two of the videos are described below:
    - **3bf5cd6a-0b5a-4615-9f99-c0c29323d171** - an 11 second video depicting a nude, prepubescent minor girl laying on a pink blanket, while an adult male masturbates his penis and ejaculates on her face.
        - This video was listed within the **chat_platform_sent.txt** file provided by Kik. The txt file indicated MUCHBETTERTHANEMAIL sent the file to another Kik user on July 27, 2024 at 11:45 UTC.
    - **1a77a3bc-9629-4eee-9856-97517113b1a0** - a 12 second video depicting a nude, prepubescent minor girl on her hands and knees, in front of a Hello Kitty cartoon. There is one adult male vaginally penetrating her with his penis while the minor girl engages in oral sex on a second adult male.
        - This video was listed within the **chat_platform_sent.txt** file provided by Kik. The txt file indicated MUCHBETTERTHANEMAIL sent the file to another Kik user on July 28, 2024 at 16:11 UTC.
- Three videos depict a minor girl with a lascivious display of her genitals. All three of these videos were provided in CyberTip 197315646.

9.  The account contained exchanged chats related to sending and receiving videos

4

of child exploitation. Below is an example of these chats with other users, whose usernames are known to your Affiant but are redacted for investigative purposes:

- On July 21, 2024
    - [REDACTED KIK USER]: "What is your fav? I'll try to send"
    - MUCHBETTERTHANEMAIL: "Lately I've had an itch for young"
    - [REDACTED KIK USER]: "Nice, don't see it much?"
    - MUCHBETTERTHANEMAIL: "Never...I'm nervous to seek it"
    - [REDACTED KIK USER]: "Yes it's dangerous"
    - [REDACTED KIK USER]: "What you wanna see?"
    - MUCHBETTERTHANEMAIL: "IDC... Young male and female involved in anything"
    - MUCHBETTERTHANEMAIL: "Love seeing taboo and underage"
    - MUCHBETTERTHANEMAIL: "That last vid is so hot. She's incredible...with I saw her from little tits"
    - MUCHBETTERTHANEMAIL: "Any more young getting fucked? Boys or girls"
    - MUCHBETTERTHANEMAIL: "I had a vid of a boy and his little dick getting sucked by an older teen but can't find it"
    - MUCHBETTERTHANEMAIL: "Found it! Sending"
    - [REDACTED KIK USER]: "Nice vid"
- On July 24, 2024, MUCHBETTERTHANEMAIL sent, "Hey...From xchange. What girl pics and vids? I'm interested to trade. Young?"
- On July 27, 2024

5

- o   MUCHBETTERTHANEMAIL: "Nice young!"

- o   MUCHBETTERTHANEMAIL: "Wow...stuffing that little pussy"

- o   MUCHBETTERTHANEMAIL: "Love eating it thinking about young"

10.     MUCHBETTERTHANEMAIL stated to other Kik users that even though he has a wife, he also has a girlfriend. MUCHBETTERTHANEMAIL sent multiple messages related to his girlfriend's 12-year-old daughter. Within the messages, MUCHBETTERTHANEMAIL indicated his girlfriend has a 12-year-old daughter that does not know he exists because his girlfriend sneaks him in and out of the house. MUCHBETTERTHANEMAIL stated in his chats that he has been in the girl's bedroom on multiple occasions while nobody is home. MUCHBETTERTHANEMAIL stated on Kik that he has masturbated on the 12-year-old daughter's bed and while using her underwear. MUCHBETTERTHANEMAIL told two different Kik users that he has a pair of the girl's underwear in his vehicle. MUCHBETTERTHANEMAIL stated he thinks of the 12-year-old girl while engaging in sex with his girlfriend.

11.     On October 16, 2024, federal search warrant number 24-1684-M was signed by United States Magistrate Judge Scott W. Reid, Eastern District of Pennsylvania, for the full content of Kik account JAMESDEAN14035, subject of CyberTip 199770302. Kik responded to the request on October 31, 2024 and your Affiant reviewed the results. In your Affiant's Opinion, the account contained approximately 16 unique files of child pornography as defined in Title 18 U.S.C. § 2256. The files depicted prepubescent minor girls engaging in sexual activity, to include oral sex, vaginal sex, and masturbation. At least three of the videos were identical to videos located in the Kik account with username MUCHBETTERTHANEMAIL from CyberTip 197315646.

6

12. The account contained additional chats related to child exploitation. Below is an example of these chats sent from JAMESDEAN14035 to other Kik users:

- On August 16, 2024

    o "Thanks. Great vid…I definitely like young and younger than that"

    o "I have a few bags like this and even younger. If you send I'll try to match"

    o "My petite stuff is underage"

    o "You have more like that of them being used? That's what I want to cum to"

    o "Hey…Saw you in tweencp… not into buying, but I'll trade if you want"

    o "Just saw you joined tweencp. I don't buy, but I'll trade if you have stuff"

    o "I prefer vids of them being used"

- On September 20, 2024

    o "Hey…Saw you in 7-18 group. I don't buy, but I'll trade, if you do"

- On October 1, 2024

    o [What ages you have?] "Everything from probably 6 to 18"

    o "Damn! Right out of the gate…A few people I've traded with were lame. You have great stuff. I'm driving…But will start sending"

13. JAMESDEAN14035 stated to other Kik users that he has a girlfriend who works for him. JAMESDEAN14035 sent multiple messages related to his girlfriend's 12-year-old daughter. Within the messages, JAMESDEAN14035 indicated his girlfriend has a 12-year-old daughter that does not know he exists. JAMESDEAN14035 stated he thinks of the 12-year-old girl while engaging in sex with his girlfriend. JAMESDEAN14035 stated in his chats that he has been in the girl's bedroom on multiple occasions while nobody is home to masturbate.

JAMESDEAN14035 told another Kik user that he has masturbated using the 12-year-old daughter's underwear. JAMESDEAN14035 sent an image, taken in a vehicle, of underwear to another user and indicated they belonged to the 12-year-old daughter. The vehicle depicted in the image has a two-toned steering wheel and a center console with a chrome trim. Open-source research located images of the interior of a 2018 GMC Sierra. Your Affiant compared the images to the vehicle in the photos depicting the minor girl's underwear. The interior of the vehicle in the images depicting the minor girl's underwear appear consistent with a 2018 GMC Sierra.

14. JAMESDEAN14035 stated to another Kik user that he has a 16-year-old daughter. JAMESDEAN14035 told the Kik user he has a photo of her that was captured on his bedroom camera while she was getting laundry. JAMESDEAN14035 told the other Kik user that he has never sent it before and that this happened just yesterday. JAMESDEAN14035 stated he could "background verify" that the girl is his daughter. The context of the chats indicate the other Kik user received the image, as he/she made statements such as "Oh hell yeah lol" and "Omg she's so hot." The image JAMESDEAN14035 sent to the other user was not located in the Kik account.

**Identification of BRIAN ZENSZER**

15. Kik CyberTip 197315646 reported a user login IP address of 73.13.17.135 on August 4, 2024. On August 22, 2024, an administrative subpoena was issued to Comcast by the Bucks County District Attorney's Office requesting subscriber information for the account assigned IP address of 73.13.17.135. In response, Comcast provided an active subscriber name of J.Z. at address 690 Joseph Ave, Warminster, PA 18974. Review of the full Kik account determined there were hundreds of logins from this IP Address while sending photos, videos or chats.

16. Kik CyberTip 199770302 reported a user login IP address of 73.13.17.135 on October 1, 2024. On October 10, 2024, an administrative subpoena was issued to Comcast by the Bucks County District Attorney's Office requesting subscriber information for the account assigned IP address of 73.13.17.135. In response, Comcast provided an active subscriber name of J.Z. at address 690 Joseph Ave, Warminster, PA 18974. Review of the full Kik account determined there were hundreds of logins from this IP Address while sending photos, videos or chats.

17. Records checks were completed for 690 Joseph Avenue, Warminster, PA 18974, to include Lexis Nexis and PennDOT, and online open-source research determined J.Z. resides there with her husband, BRIAN ZENSZER, and their two minor children. PennDOT indicated BRIAN ZENSZER and J.Z. both have current driver's licenses with the same address of 690 Joseph Avenue, Warminster, PA 18974. BRIAN ZENSZER has three vehicles currently registered in Pennsylvania to address 690 Joseph Avenue, Warminster, PA 18974: a 2010 Chevy Camaro with VIN 2G1FT1EW6A9133088, a 2018 GMC Sierra with VIN 1GTV2MEC8JZ292696, and a 2012 Chevy Cruz with VIN 1G1PC5SH8C7260494.

18. The Kik accounts for MUCHBETTERTHANEMAIL and JAMESDEAN14035 contained multiple videos of a woman engaging in oral sex who appears to be J.Z. MUCHBETTERTHANEMAIL and JAMESDEAN14035 sent the videos to other users on Kik and refers to the woman as his wife. J.Z. is the wife of BRIAN ZENSZER. MUCHBETTERTHANEMAIL stated his wife is a fourth-grade teacher. Open source research determined J.Z. is a teacher at Bridesburg Elementary School. MUCHBETTERTHANEMAIL and JAMESDEAN14035 tells other Kik users he is from New Jersey.

19. JAMESDEAN14035 told another Kik user he has a 17-year-old-daughter. BRIAN

9

ZENSZER has a daughter of the same age. JAMESDEAN14035 identified on Kik as a 40-year-old male. On August 10, 2024, JAMESDEAN14035 told another Kik user that he cannot log into his other Kik account, so he created a new one. This is consistent with the user's MUCHBETTERTHANEMAIL account being shut down by Kik and reported via CyberTip 197315646 on August 5, 2024.

## CONCLUSION

20.   Based upon the information above, I respectfully submit that there is probable cause to believe that BRIAN ZENSZER, date of birth April 26, 1981, distributed visual depictions of minors engaging in sexually explicit conduct, in violation of 18 U.S.C. § 2252(a)(2), and attempted to do so, as more fully set forth in Attachment A.

21.   Therefore, I respectfully request that the attached arrest warrant be issued authorizing the arrest of BRIAN ZENSZER.

/s/Leslie C. Trawick
Leslie C. Trawick, Special Agent
Federal Bureau of Investigation

Sworn to and Subscribed
By telephone before me this 5th day
of November, 2024.

  /s/ Jose R. Arteaga, USMJ
HONORABLE JOSE R. ARTEAGA
United States Magistrate Judge

**ATTACHMENT A**

**Count One – Distribution of Child Pornography – 18 U.S.C. Section 2252(a)(2), (b)(1)**

On or about July 27, 2024, in the Eastern District of Pennsylvania, defendant BRIAN ZENSZER knowingly distributed visual depictions using any means and facility of interstate and foreign commerce, and that had been mailed and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, the producing of which involved the use of minors engaged in sexually explicit conduct, and the visual depictions were of such conduct.